# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIA VAZQUEZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 15-3690 |
| | : | |
| **CAROLINE W. COLVIN, Acting** | : | |
| **Commissioner of Social Security** | : | |

## ORDER

**NOW**, this 27th day of July, 2016, upon consideration of the Plaintiff's Request for Review (Document No. 8), Response to Request for Review (Document No. 10), Reply to Response (Document No. 12), the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter filed June 15, 2016 (Document No. 13) and Plaintiff's Objections (Document No. 14), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED**; and

2. The Report and Recommendation of Magistrate Judge Rueter is **APPROVED** and **ADOPTED**.

3. The Request for Review is **DENIED.**

        /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.